UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DWAYCA FRANELL MATHER,  )  <br>          Plaintiff,              )  <br>v.                                          )  <br>CAROLYN W. COLVIN, Acting  )  <br>Commissioner of the Social Security  )  <br>Administration,                      )  <br>          Defendant.            ) | No. 3:16-CV-2317-B |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Commissioner's Motion to Dismiss Plaintiff's Complaint for Failure to Exhaust Administrative Remedies [ECF No. 12] is **GRANTED**.

**SO ORDERED** this 31st day of January, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE